UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIYSHUWA S. YISRAEL,

    Plaintiff,                                             Case No. 1:13-cv-215

v.                                                         HON. JANET T. NEFF

JOHN G. RUSSELL, et al.,

    Defendants.
_____/

## **ORDER**

      This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 5, 2013, recommending that this matter be dismissed with prejudice for failure to state a claim. The Report and Recommendation was duly served on the parties. No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the Opinion of the Court.

      A Judgment will be entered consistent with this Order.


Dated: March 26, 2013                                      /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge